**FILED**
April 2, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAMAYRA BULL<br><br>　　　　　Defendant. | Case No. 2:21-mj-00053-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TAMAYRA BULL

Case No.  2:21-mj-00053-KJN   Charges 21 U.S.C. § 844(a) from custody for the following reasons:

　　　　X　　Release on Personal Recognizance

　　　　___　　Bail Posted in the Sum of $ _____

　　　　　　　___　Unsecured Appearance Bond $ _____

　　　　　　　___　Appearance Bond with 10% Deposit

　　　　　　　___　Appearance Bond with Surety

　　　　　　　___　Corporate Surety Bail Bond

　　　　　　　X　(Other): Defendant shall be released by 5:00 PM on 4/2/2021. Her release should be EXPEDITED.

Issued at Sacramento, California on April 2, 2021 at 2:20 PM

　　　　　　　　　　　By:   /s/ Kendall J. Newman
　　　　　　　　　　　　　　HONORABLE KENDALL J. NEWMAN
　　　　　　　　　　　　　　United States Magistrate Judge